UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                        )<br>           Plaintiff,                            )<br>                                                        )<br>      v.                                              )<br>                                                        )<br>CEDRIC MORTON,                         )<br>                                                        )<br>           Defendant.                        )<br>  _____ ) | CASE NO. MJ 14-238<br><br>DETENTION ORDER |

<u>Offense charged</u>:        Supervised Release Violations

<u>Date of Detention Hearing</u>:    June 18, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.  Defendant's supervised release had been transferred to this District from the

DETENTION ORDER
PAGE -1

Western District of North Carolina in 2013. After he returned to North Carolina pursuant to the instruction of his probation officer, he is alleged to have returned to Washington State without permission. There is an outstanding non-extraditable warrant from Wadesboro, North Carolina for the offense of Communicating Threats. U.S. Probation in this District indicates that they are unwilling to accept the defendant for supervision due to the nature of the pending violations.

2. Defendant poses a risk of nonappearance and a risk of danger due to the nature of the alleged violations, use of a controlled substance and outstanding warrant.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing and committed to the custody of the Attorney General for confinement;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation

DETENTION ORDER
PAGE -2

Services Officer.

DATED this 18th day of June, 2014.

_____
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3